IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 2 3 2006
J. T. NOBLIN, CLERK
BY_____ DEPUTY

| | |
|---|---|
| CRAIG DUCKSWORTH, RODERICK WOULLARD, <br><br> Plaintiffs, <br><br> v. <br><br> THE STATE OF MISSISSIPPI, GOVERNOR RONNIE MUSGROVE, ERIC CLARK, AMY TUCK, TOMMY REYNOLDS, <br><br> Defendants. | § § § § § § § § § § § § § § |

CIVIL ACTION NO. 3:05-CV-97

### ORDER

IT IS ORDERED that the plaintiffs' motion to dismiss plaintiff Ducksworth's claims with prejudice is GRANTED.

IT IS FURTHER ORDERED that the defendants' motion for expedited consideration of defendants' motion for summary judgment as to plaintiff Woullard's claims is DENIED.

SO ORDERED this 23rd day of March, 2006.

_____
E. GRADY JOLLY
United States Circuit Judge

_____
HENRY T. WINGATE
Chief United States District Judge

_____
DAVID BRAMLETTE
United States District Judge