IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

RODERICK WOULLARD, §
§
      Plaintiff, §
§
v. § CIVIL ACTION NO. 3:05-CV-97
§
THE STATE OF MISSISSIPPI, §
GOVERNOR RONNIE MUSGROVE, §
ERIC CLARK, AMY TUCK, TOMMY §
REYNOLDS, §
§
      Defendants. §

## FINAL JUDGMENT

IT IS ORDERED, ADJUDGED, and DECREED that the Plaintiff's request for declaratory and injunctive relief is DENIED, and the Plaintiff's claims against the Defendants are DISMISSED, with prejudice.

SO ORDERED, this 29th day of June, 2006.

_____
E. GRADY JOLLY
United States Circuit Judge

_____
HENRY T. WINGATE
Chief United States District Judge

_____
DAVID BRAMLETTE
United States District Judge